Billy YOUNG, Appellant,

v.

STATE of Missouri, Respondent.

No. 72382.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 10, 1998.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

## ORDER

PER CURIAM.

Movant appeals the judgment denying his Rule 24.035 motion for post-conviction relief. He concedes his motion was filed out of time. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court's determination is not clearly erroneous. Rule 24.035(k); *State v. Blankenship*, 830 S.W.2d 1, 16 (Mo. banc 1992). An extended opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Jerome MORRIS, Appellant.

No. 72551.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 10, 1998.

Amy M. Bartholow, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Ann R. Littell, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

## ORDER

PER CURIAM.

Jerome Morris, Defendant, appeals from the judgment entered after a jury convicted him of stealing, third offense, in violation of section 570.040, RSMo Cum.Supp.1996. The trial court sentenced Defendant as a prior and persistent offender to eight years of imprisonment. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).